

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

F I L E D

DEC 11 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TUMBLR, INC. | **Case No.** 1:24-cv-12718 <br> Judge: Jeremy C. Daniel <br> Magistrate Judge: Young B. Kim <br> RANDOM / CAT 5 |

## MOTION FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

Plaintiffs, Nima Gharavi and Right Call Officials, Inc., respectfully move this Court for an order directing the Clerk of Court to issue a subpoena pursuant to 17 U.S.C. § 512(h) to Tumblr, Inc. ("Defendant") for the purpose of identifying an alleged infringer of Plaintiffs' copyrighted work(s). In support of this Motion, Plaintiff states as follows:

1. **Plaintiff's Copyright Ownership**: Plaintiffs are the owners of the copyright(s) in the work(s) titled "138 – Tyler Nelson {G} of Morris Fitness GA vs. Keegan Roberson {R} of Illinois CornStars."

2. **Alleged Infringement**: Plaintiffs have discovered that an individual or individuals using Defendant's platform have infringed Plaintiffs' copyright(s) by publishing an unauthorized reproduction copied from Plaintiffs' original video to which Plaintiffs retain exclusive worldwide copyright.

3. **Notification Sent to Service Provider**: On August 11, 2024, Plaintiffs sent a notification to Defendant in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of the infringing material. A copy of this notification is attached hereto as Exhibit 1.

4. **Purpose of Subpoena**: The purpose of this subpoena is to obtain information sufficient to identify the alleged infringer(s), including but not limited to the individual name, organization name, associated email address, associated phone number, associated mailing address, date of birth, account creation date, account registration IP address, trailing twelve month IP address history, and any other identifying information in the possession of Defendant for the platform user with the Uniform Resource Indicator (URI) "wrestlerx.tumblr.com".

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Plaintiffs have submitted:

   o A copy of the notification sent to Defendants (Exhibit 1);

   o A proposed subpoena (Exhibit 2); and

   o A sworn declaration confirming that the subpoena is sought solely for the purpose of protecting Plaintiffs rights under Title 17 (Exhibit 3).

6. **Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification satisfies the requirements of Section 512(c)(3)(A), and the proposed subpoena and declaration are in proper form, the Clerk of Court must expeditiously issue and sign the subpoena.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court direct the Clerk of Court to issue

and sign the proposed subpoena attached as Exhibit 2, so that it may be served upon Defendant.


Dated: December 11, 2024                                   By: _____

                                                          Nima Gharavi
                                                          President, Right Call Officials, Inc.
                                                          657 W Melrose Street
                                                          Chicago, IL 60657
                                                          nima@midwestwrestle.com
                                                          (773) 899-4688

                                                          Pro Se



**Attachments:**

- **Exhibit 1**: Copy of DMCA Takedown Notification

- **Exhibit 2**: Proposed Subpoena

- **Exhibit 3**: Sworn Declaration

# Exhibit 1

**From:** tumblr <dmca@tumblr.com>
**Sent:** Thursday, August 15, 2024 6:00 PM
**To:** Nima Gharavi <Nima@Colorado.EDU>
**Subject:** [tumblr] Re: DMCA Copyright Notification

##- Please type your reply above this line -##

Your request (10277933) has been updated. To add additional comments, reply to this email.

## Tumblr Trust & Safety (tumblr)

Aug 15, 2024, 6:59 PM EDT

Hello,

https://www.tumblr.com/athletic-collection/707252225222868992/jimmy-nugent
https://www.tumblr.com/athletic-collection/707251387052048384/jimmy-nugent
https://www.tumblr.com/athletic-collection/705380076837011456/jimmy-nugent
https://www.tumblr.com/athletic-collection/705352588428771328/jimmy-nugent
https://www.tumblr.com/athletic-collection/705380377993347072/cayden-henschel-top
https://www.tumblr.com/athletic-collection/705380425974136832/cayden-henschel
https://www.tumblr.com/athletic-collection/706077798749585408/cayden-henschel
https://www.tumblr.com/athletic-collection/715159999603671040
https://www.tumblr.com/athletic-collection/708884446913429504
https://www.tumblr.com/athletic-collection/707251171066314752/jimmy-nugent
https://www.tumblr.com/athletic-collection/691214539920965632
https://www.tumblr.com/athletic-collection/721023995136376832/brian-bonino
https://www.tumblr.com/athletic-collection/707251261842571264/jimmy-nugent
https://www.tumblr.com/athletic-collection/706889034918772736/jimmy-nugent
https://www.tumblr.com/athletic-collection/707548827390017536/jimmy-nugent
https://www.tumblr.com/athletic-collection/706527555349626880
https://www.tumblr.com/athletic-collection/705380032109035520/jimmy-nugent
https://www.tumblr.com/athletic-collection/705380125952376832/jimmy-nugent
https://www.tumblr.com/athletic-collection/705380168163835904/jimmy-nugent
https://www.tumblr.com/athletic-collection/708454923418927104/cayden-henschel
https://www.tumblr.com/athletic-collection/709792948795113472/cayden-henschel
https://www.tumblr.com/athletic-collection/710878427855601664
https://www.tumblr.com/athletic-collection/706527341165314048
https://www.tumblr.com/athletic-collection/711538615634804736/cayden-henschel

https://www.tumblr.com/athletic-collection/712467395967696896/cayden-henschel
https://www.tumblr.com/athletic-collection/714773598984945664/jimmy-nugent
https://www.tumblr.com/athletic-collection/719119533738180608
https://www.tumblr.com/athletic-collection/728090174420123648/jimmy-nugent
https://www.tumblr.com/athletic-collection/728090136793972736/jack-severin
https://www.tumblr.com/athletic-collection/728089795575808001/jack-severin
https://www.tumblr.com/athletic-collection/733068425029615616/jacob-brya
https://www.tumblr.com/athletic-collection/733068662784786432/jacob-brya-left
https://www.tumblr.com/athletic-collection/735335318146908160
https://www.tumblr.com/athletic-collection/745850565358125056/jimmy-nugent
https://allessio77.tumblr.com/post/743321165367574530/pre-match-heaviness
https://www.tumblr.com/athletebulge/687339801873121280
https://www.tumblr.com/athleticsupporter/706626227681869824/hold-the-position-for-a-brief-moment-mount-and-go
https://www.tumblr.com/beyondhotmales/723878156799459328
https://www.tumblr.com/blueeaglepartyclod/743322725294243840/cocky-strut
https://www.tumblr.com/blueeaglepartyclod/743765781339308032/a-lot-to-be-proud-of
https://www.tumblr.com/bob398031/643416569602506752
https://www.tumblr.com/bob398031/654848869931368448
https://www.tumblr.com/bulgingandmore/693280818035097600
https://www.tumblr.com/bulgingandmore/740495610704166912
https://www.tumblr.com/bulgingandmore/707778090248683520
https://www.tumblr.com/bulgingandmore/700832510387585024
https://www.tumblr.com/bulgingandmore/688862371715956736
https://www.tumblr.com/bulgingandmore/705406349882867712
https://www.tumblr.com/bulgingandmore/711296541386817536
https://www.tumblr.com/bulgingandmore/715504822483369984
https://www.tumblr.com/bulgingandmore/717229121113030656
https://www.tumblr.com/bulgingandmore/737860097699643392
https://www.tumblr.com/bulgingandmore/740697069236436992
https://www.tumblr.com/bulgingandmore/740698852134354944
https://www.tumblr.com/butchieboxing/755292660929101824/more-corn-fed
https://www.tumblr.com/butchieboxing/751842876555771904/corn-star
https://www.tumblr.com/butchieboxing/754653203754303488/tight
https://www.tumblr.com/choppedduckwonderland/754218991349874688
https://www.tumblr.com/choppedduckwonderland/754490362779877376
https://www.tumblr.com/circumcised-sports-guys/755656706815655936

https://www.tumblr.com/collectionmtx/750520926984110080/vance-williams
https://www.tumblr.com/collectionmtx/750521822652579840/marco-spinazzola
https://college-bros.tumblr.com/post/734258618769293312
https://college-bros.tumblr.com/post/711998805198929920
https://college-bros.tumblr.com/post/716359684115857408/hottest-sport-hockey-wrestling-lacrosse
https://college-bros.tumblr.com/post/716776524922126336
https://college-bros.tumblr.com/post/722751870738874368
https://college-bros.tumblr.com/post/734258752796196864
https://www.tumblr.com/08cjvvmani/708416425729114112
https://cyfrin.tumblr.com/post/716474560140181504
https://www.tumblr.com/desertkinks/738075856453468160
https://firebootrik.tumblr.com/post/734258195178176512
https://www.tumblr.com/footballdreamlife/710638410709270528
https://www.tumblr.com/forestsoldier/733639460443635712
https://www.tumblr.com/forestsoldier/758343764639203328
https://www.tumblr.com/forestsoldier/758343782127288320
https://www.tumblr.com/forestsoldier/729730182501580800
https://www.tumblr.com/forestsoldier/731454205247832064
https://www.tumblr.com/forestsoldier/731454215266942976
https://www.tumblr.com/forestsoldier/733639445165768704
https://www.tumblr.com/forestsoldier/734722102466330624
https://fratguys.tumblr.com/post/751893402353860608
https://fratguys.tumblr.com/post/745707665360044032
https://www.tumblr.com/freegunhot-19/728533330461671424
https://www.tumblr.com/guysbulge/728422901569798144
https://www.tumblr.com/guysbulge/748178565089067008
https://www.tumblr.com/guysbulge/753881964085460992
https://www.tumblr.com/happypuppypuppy/715347475335184384/zane-panell-left-vs-kyus-root-in-illinois
https://www.tumblr.com/hotstuffcum/707848678791069696
https://www.tumblr.com/jockstrapme2/737539421695508480/wrestling-brought-into-submission
https://www.tumblr.com/jockstrapme2/757206167160291328/wrestling-riding-your-opponent
https://www.tumblr.com/jockstrapme2/757206167160291328/wrestling-riding-your-opponent
https://www.tumblr.com/jockstrapme2/745967114830135296/wrestling-riding-your-opponent
https://www.tumblr.com/jockstrapme2/756850178556887040/wrestling-going-for-the-pin
https://www.tumblr.com/jockstrapme2/741972465298882560/wrestling-going-to-the-mat
https://www.tumblr.com/jockstrapme2/743530726950092800/wrestling-take-down
https://www.tumblr.com/jockstrapme2/743690207315066880/wrestling-good-job-stud-you-made-coach-

proud

https://www.tumblr.com/jockstrapme2/746684458707599360/wrestling-butt-seriously
https://www.tumblr.com/jockstrapme2/746686111956484096/wrestling-blues
https://www.tumblr.com/jockstrapme2/748493975884857344/wrestling-mount
https://www.tumblr.com/jockstrapme2/749072632591384576/wrestling-in-the-moment
https://www.tumblr.com/justinhustlesblog/752112651397742592
https://www.tumblr.com/justinhustlesblog/711783555061137408
https://www.tumblr.com/justinhustlesblog/711541375767871488
https://www.tumblr.com/justinhustlesblog/711541303470653440
https://www.tumblr.com/justinhustlesblog/700648929183809536
https://www.tumblr.com/justinhustlesblog/700648668129312769
https://www.tumblr.com/justinhustlesblog/700143365513199616
https://www.tumblr.com/justinhustlesblog/701372727695687680
https://www.tumblr.com/justinhustlesblog/700143466244718592
https://www.tumblr.com/justinhustlesblog/700143488050888704
https://www.tumblr.com/justinhustlesblog/700143631944826880
https://www.tumblr.com/justinhustlesblog/700143669371633664
https://www.tumblr.com/justinhustlesblog/700143704842944513
https://www.tumblr.com/justinhustlesblog/700143787112120320
https://www.tumblr.com/justinhustlesblog/700143908125114368
https://www.tumblr.com/justinhustlesblog/700144802472329216
https://www.tumblr.com/justinhustlesblog/700178207992905728
https://www.tumblr.com/justinhustlesblog/700648750746664960
https://www.tumblr.com/justinhustlesblog/700648788497514496
https://www.tumblr.com/justinhustlesblog/700648832255574016
https://www.tumblr.com/justinhustlesblog/700648886637838336
https://www.tumblr.com/justinhustlesblog/700864723778961408
https://www.tumblr.com/justinhustlesblog/701372628271808512
https://www.tumblr.com/justinhustlesblog/701372669259612160
https://www.tumblr.com/justinhustlesblog/701372697216778240
https://www.tumblr.com/justinhustlesblog/701372773440815104
https://www.tumblr.com/justinhustlesblog/702004284559114240
https://www.tumblr.com/justinhustlesblog/711540930085371904
https://www.tumblr.com/justinhustlesblog/711540994225684481
https://www.tumblr.com/justinhustlesblog/711541085000859648
https://www.tumblr.com/justinhustlesblog/711783369504079873
https://www.tumblr.com/justinhustlesblog/711783467909890048

---

https://www.tumblr.com/legallyfresh/732041988887724032
https://www.tumblr.com/legallyfresh/731584667755675648
https://letsgosf.tumblr.com/post/721861954130591744
https://www.tumblr.com/lookatthebulges/739987601180753920
https://lovelyangryheart.tumblr.com/post/737702428996255744
https://lovelyangryheart.tumblr.com/post/738946664772009984/jimmy-nugent
https://lovelyangryheart.tumblr.com/post/744752948842774528
https://lovelyangryheart.tumblr.com/post/724818870324658176
https://lovelyangryheart.tumblr.com/post/735877990438797312
https://lovelyangryheart.tumblr.com/post/735714684444000256
https://lovelyangryheart.tumblr.com/post/747844302921662465
https://www.tumblr.com/mauroilmix-blog/716043742225776640
https://www.tumblr.com/mauroilmix-blog/725267255877926912
https://www.tumblr.com/mauroilmix-blog/731106270468292608
https://www.tumblr.com/mauroilmix-blog/731106303039225856
https://www.tumblr.com/mauroilmix-blog/731608154033487872
https://www.tumblr.com/mauroilmix-blog/731608184650956800
https://www.tumblr.com/mauroilmix-blog/731659924667613184
https://www.tumblr.com/mauroilmix-blog/731659977244164096
https://www.tumblr.com/mauroilmix-blog/735416026955661312
https://www.tumblr.com/mauroilmix-blog/740890882995355648
https://miilermiller.tumblr.com/post/733525963573444608
https://nicolettosworld.tumblr.com/post/734782776806703104/because-we-love-wrestling-and-hot-proud-sexy
https://www.tumblr.com/nsaghanon/708980373807349760
https://lovelyangryheart.tumblr.com/post/736591591538556928
https://lovelyangryheart.tumblr.com/post/743932382667833344
https://blackleatherhood.tumblr.com/post/712558980787994624
https://www.tumblr.com/scrumjock/709297846361505792/on-top-and-bulging
https://www.tumblr.com/scrumjock/705411673132040192/wisconsin-bulge
https://www.tumblr.com/scrumjock/720452992308019200/bulging
https://www.tumblr.com/scrumjock/716726758968328192/rangers-bulge
https://www.tumblr.com/scrumjock/710666240971112448/strutting
https://www.tumblr.com/scrumjock/708854177849344000/bulging-in-his-singlet
https://www.tumblr.com/scrumjock/736482763735252992/needs-to-adjust
https://www.tumblr.com/skintightsf/705048141412630528
https://www.tumblr.com/soilikeboys/748488583762116608

https://www.tumblr.com/spndxjck2/743343877226905600
https://www.tumblr.com/spndxjck2/742420648661565440
https://www.tumblr.com/spndxjck2/748899462952386560
https://www.tumblr.com/spndxjck2/754282410174267392
https://www.tumblr.com/spndxjck2/757274737219141632
https://www.tumblr.com/spndxjck2/752722156231770112
https://www.tumblr.com/spndxjck2/753195327024218112
https://www.tumblr.com/spndxjck2/753378969716408320
https://www.tumblr.com/sport-bulge/688868007253082112
https://www.tumblr.com/sport-bulge/688868085842722816
https://www.tumblr.com/sport-bulge/688867990879485952
https://www.tumblr.com/sportingwood1/752327913749299200/jock-worthy
https://www.tumblr.com/sportingwood1/754587539280691200/jock-worthy
https://www.tumblr.com/sportingwood1/752173560366333952/jock-worthy
https://www.tumblr.com/sportingwood1/752139527268794368/jock-worthy
https://www.tumblr.com/sportingwood1/754919750822510592/jock-worthy
https://www.tumblr.com/thewrestlerstents/745043637397749760
https://www.tumblr.com/thewrestlerstents/738331039132450816
https://www.tumblr.com/thewrestlerstents/753918047014764544
https://www.tumblr.com/thines85/756564924267986944/locked-in
https://www.tumblr.com/thines85/755749596365553664/olympic-wrestler-getting-ready
https://www.tumblr.com/thines85/756111918468595712/walking-in-white
https://www.tumblr.com/thines85/756202512554557441/holding-on
https://www.tumblr.com/thines85/756293252215439360
https://www.tumblr.com/thines85/756383792880549888/heavy
https://www.tumblr.com/thines85/756474284095963136/headrest
https://www.tumblr.com/thines85/756655504661544960/tugging-away
https://www.tumblr.com/thines85/756474284095963136/headrest
https://www.tumblr.com/thines85/756655504661544960/tugging-away
https://www.tumblr.com/thines85/756746084515217408/pulling-and-tugging
https://www.tumblr.com/thines85/756836731969519616/chin-rest
https://www.tumblr.com/thines85/756927275873763328
https://www.tumblr.com/thines85/757017933634568192/walking-in-white
https://www.tumblr.com/sporttights/711976143158493184
https://www.tumblr.com/sporttights/699747284681883648
https://www.tumblr.com/sporttights/711717446109855745
https://www.tumblr.com/sporttights/686497556250935296

https://www.tumblr.com/sporttights/661477254016221185
https://www.tumblr.com/tumei/698069571676127232
https://www.tumblr.com/txgaycountry/711253751599644672
https://www.tumblr.com/txgaycountry/725184599866605568
https://underthemattress2.tumblr.com/post/747414647517429760
https://vplbulgeman.tumblr.com/post/717152623136997376
https://www.tumblr.com/wrestlememen/709430492606464000
https://www.tumblr.com/wrestlememen/707608836522098688
https://www.tumblr.com/wrestlememen/706785158630670336
https://wrestlerboys.tumblr.com/post/712565925670453248
https://wrestlerboys.tumblr.com/post/745851437525975040
https://wrestlerx.tumblr.com/post/743788137289039872/great-singlet-used-to-ref-these-guys-during
https://wrestling-zootopia.tumblr.com/post/754522137630490624/wrestling-zootopia
https://wrestling-zootopia.tumblr.com/post/758115494897287168
https://wrestling-zootopia.tumblr.com/post/755800968181022720
https://wrestling-zootopia.tumblr.com/post/755759884810731520
https://wrestling-zootopia.tumblr.com/post/755009689500172288
https://wrestling-zootopia.tumblr.com/post/755009583794290688
https://wrestling-zootopia.tumblr.com/post/754522282682155008
https://wrestling-zootopia.tumblr.com/post/754522152176435200
https://wrestling-zootopia.tumblr.com/post/754522104028921856
https://wrestling-zootopia.tumblr.com/post/754394757713870848
https://wrestling-zootopia.tumblr.com/post/754394746903019520
https://wrestling-zootopia.tumblr.com/post/754007566053441536
https://wrestling-zootopia.tumblr.com/post/746190594306654208
https://www.tumblr.com/wrestlingdominations/725587730981060608
https://www.tumblr.com/wrestlingdominations/722413149927702528
https://www.tumblr.com/wrestlingdominations/721240183784226816
https://wrstle-bulges-plus.tumblr.com/post/686179002564624384/most-perfect-arse-in-a-singlet-i-have-seen-in-a
https://youmustlovehim.tumblr.com/post/661200164021747712/keegan-roberson

Your DMCA Notice has been received and reviewed for completeness.

In accordance with the requirements set forth by the DMCA, we have disabled access to the allegedly infringing material. You may need to clear your browser's cache to see the removal. If you need more information on how to clear your browser's cache, you can find that in the Clear Your Browser Cache

section of our Common Browser Issues support page. Depending on the strain on our servers, it can sometimes take up to three hours for the changes to take effect.

Please note that we have notified the user who uploaded the material to provide them an opportunity to formally challenge this removal. We will notify you if the user submits a counter notice.

Thank you,
Tumblr Trust & Safety

https://www.tumblr.com/abuse

## Nima Gharavi

Aug 14, 2024, 2:26 PM EDT

As requested, the electronic signature with the full legal name of the copyright owner:

Regards,

Nima Gharavi

Attachment(s)
image002.png

## Tumblr Trust & Safety (tumblr)

Aug 13, 2024, 11:24 PM EDT

Hello,

We appreciate you reaching out to us and we are sorry to hear that you believe a user of our services is making unauthorized use of your copyrighted material.

Tumblr, does not approve of (and in fact prohibits) the unauthorized use of copyrighted materials on its service. It's important to us to see that creators receive proper credit for their work on Tumblr, and we try to provide copyright holders with tools to protect against the unauthorized use of their content.

Pursuant to the Digital Millennium Copyright Act (DMCA), a US law that governs our operations, we respond promptly to allegations of infringement; and in order to remove this content from our service, we do need your help. Under the safe harbor provisions of the DMCA, providers of services such as Tumblr are not required to locate (and indeed feasibly cannot know the status of) infringing material.

**The problem we face is that your notice doesn't give us the level of specificity we need and therefore your notice is incomplete.**

Specifically, you have not provided us with:

* An electronic signature with the full legal name of the copyright owner or a person authorized to act on their behalf (You can send us a scan or photo of your signature, or simply type out your name to serve as an electronic signature.);

Additionally, be aware that your notice — including any contact information you have provided (address, telephone number, and email address) — will be forwarded to the user who uploaded the material at issue.

Please know that we take our obligation to address allegations of infringement very seriously, and will continue to work with you to address your concerns. Please visit http://www.tumblr.com/dmca or respond with the missing information described above - along with the information from your previous email - to submit a complete DMCA notice.

We await your response so we can act in accordance with our policies and procedures.

Tumblr Trust & Safety

https://www.tumblr.com/abuse

---

**Nima Gharavi**

Aug 11, 2024, 10:54 PM EDT

Dear Tumblr,

Per the Digital Millenium Copyright Act, I am writing to inform you of the presence of unauthorized reproductions of my original, copyrighted works on your platform.

The copyrighted works that were infringed are hundreds of videos that I created and that I retain exclusive copyright to:

https://www.youtube.com/@MidwestWrestle/videos

The 236 infringing works are unauthorized reproductions copied from my original videos that I created and that I retain exclusive copyright to:

https://www.tumblr.com/legallyfresh/732041988887724032

https://www.tumblr.com/bulgingandmore/693280818035097600

https://www.tumblr.com/collectionmtx/750520926984110080/vance-williams

https://www.tumblr.com/jockstrapme2/737539421695508480/wrestling-brought-into-submission

https://www.tumblr.com/spndxjck2/743343877226905600

https://lovelyangryheart.tumblr.com/post/736591591538556928

https://www.tumblr.com/lookatthebulges/739987601180753920

https://www.tumblr.com/wrestlingdominations/725587730981060608

https://www.tumblr.com/sport-bulge/688868007253082112

https://www.tumblr.com/sport-bulge/688868085842722816

https://www.tumblr.com/athletic-collection/707252225222868992/jimmy-nugent

https://www.tumblr.com/athletic-collection/707251387052048384/jimmy-nugent

https://www.tumblr.com/athletic-collection/705380076837011456/jimmy-nugent

https://www.tumblr.com/athletic-collection/705352588428771328/jimmy-nugent

https://www.tumblr.com/athletic-collection/705380377993347072/cayden-henschel-top

https://www.tumblr.com/athletic-collection/705380425974136832/cayden-henschel

https://www.tumblr.com/athletic-collection/706077798749585408/cayden-henschel

https://www.tumblr.com/justinhustlesblog/752112651397742592

https://wrestling-zootopia.tumblr.com/post/754522137630490624/wrestling-zootopia

https://www.tumblr.com/thines85/756564924267986944/locked-in

https://www.tumblr.com/thewrestlerstents/745043637397749760

https://www.tumblr.com/spndxjck2/742420648661565440

https://www.tumblr.com/bulgingandmore/740495610704166912

https://www.tumblr.com/thewrestlerstents/738331039132450816

https://www.tumblr.com/justinhustlesblog/711783555061137408

https://www.tumblr.com/justinhustlesblog/711541375767871488

https://www.tumblr.com/athletic-collection/715159999603671040

https://www.tumblr.com/desertkinks/738075856453468160

https://www.tumblr.com/bulgingandmore/707778090248683520

https://www.tumblr.com/scrumjock/709297846361505792/on-top-and-bulging

https://www.tumblr.com/athletic-collection/708884446913429504

https://www.tumblr.com/bob398031/643416569602506752

https://www.tumblr.com/justinhustlesblog/711541303470653440

https://www.tumblr.com/sporttights/711976143158493184

https://www.tumblr.com/justinhustlesblog/700648929183809536

https://www.tumblr.com/sporttights/699747284681883648

https://www.tumblr.com/athletebulge/687339801873121280

https://www.tumblr.com/sportingwood1/752327913749299200/jock-worthy

https://www.tumblr.com/mauroilmix-blog/716043742225776640

https://www.tumblr.com/justinhustlesblog/700648668129312769

https://www.tumblr.com/athletic-collection/707251171066314752/jimmy-nugent

https://cyfrin.tumblr.com/post/716474560140181504

https://www.tumblr.com/athletic-collection/691214539920965632

https://www.tumblr.com/justinhustlesblog/700143365513199616

https://www.tumblr.com/sporttights/711717446109855745

https://www.tumblr.com/justinhustlesblog/701372727695687680

https://www.tumblr.com/tumei/698069571676127232

https://www.tumblr.com/wrestlingdominations/722413149927702528

https://lovelyangryheart.tumblr.com/post/737702428996255744

https://lovelyangryheart.tumblr.com/post/738946664772009984/jimmy-nugent

https://www.tumblr.com/scrumjock/705411673132040192/wisconsin-bulge

https://www.tumblr.com/athletic-collection/721023995136376832/brian-bonino

https://www.tumblr.com/collectionmtx/750521822652579840/marco-spinazzola

https://www.tumblr.com/legallyfresh/731584667755675648

https://www.tumblr.com/athletic-collection/707251261842571264/jimmy-nugent

https://www.tumblr.com/athletic-collection/706889034918772736/jimmy-nugent

https://www.tumblr.com/athletic-collection/707548827390017536/jimmy-nugent

https://www.tumblr.com/athletic-collection/706527555349626880

https://www.tumblr.com/athletic-collection/705380032109035520/jimmy-nugent

https://www.tumblr.com/athletic-collection/705380125952376832/jimmy-nugent

https://www.tumblr.com/athletic-collection/705380168163835904/jimmy-nugent

https://www.tumblr.com/scrumjock/720452992308019200/bulging

https://lovelyangryheart.tumblr.com/post/743932382667833344

https://www.tumblr.com/beyondhotmales/723878156799459328

https://www.tumblr.com/circumcised-sports-guys/755656706815655936

https://blackleatherhood.tumblr.com/post/712558980787994624

https://www.tumblr.com/butchieboxing/755292660929101824/more-corn-fed

https://www.tumblr.com/sportingwood1/754587539280691200/jock-worthy

https://allessio77.tumblr.com/post/743321165367574530/pre-match-heaviness

https://fratguys.tumblr.com/post/751893402353860608

https://lovelyangryheart.tumblr.com/post/744752948842774528

https://underthemattress2.tumblr.com/post/747414647517429760

https://www.tumblr.com/spndxjck2/748899462952386560

https://college-bros.tumblr.com/post/734258618769293312

https://nicolettosworld.tumblr.com/post/734782776806703104/because-we-love-wrestling-and-hot-proud-sexy

https://www.tumblr.com/blueeaglepartyclod/743322725294243840/cocky-strut

https://wrestlerx.tumblr.com/post/743788137289039872/great-singlet-used-to-ref-these-guys-during

https://www.tumblr.com/sporttights/686497556250935296

https://firebootrik.tumblr.com/post/734258195178176512

https://www.tumblr.com/footballdreamlife/710638410709270528

https://vplbulgeman.tumblr.com/post/717152623136997376

https://www.tumblr.com/scrumjock/716726758968328192/rangers-bulge

https://college-bros.tumblr.com/post/711998805198929920

https://www.tumblr.com/08cjvvmani/708416425729114112

https://www.tumblr.com/athletic-collection/708454923418927104/cayden-henschel

https://youmustlovehim.tumblr.com/post/661200164021747712/keegan-roberson

https://wrstle-bulges-plus.tumblr.com/post/686179002564624384/most-perfect-arse-in-a-singlet-i-have-seen-in-a

https://www.tumblr.com/scrumjock/710666240971112448/strutting

https://www.tumblr.com/wrestlememen/709430492606464000

https://www.tumblr.com/scrumjock/708854177849344000/bulging-in-his-singlet

https://www.tumblr.com/athletic-collection/709792948795113472/cayden-henschel

https://www.tumblr.com/wrestlememen/707608836522098688

https://www.tumblr.com/wrestlememen/706785158630670336

https://www.tumblr.com/sporttights/661477254016221185

https://www.tumblr.com/scrumjock/736482763735252992/needs-to-adjust

https://www.tumblr.com/forestsoldier/733639460443635712

https://www.tumblr.com/wrestlingdominations/721240183784226816

https://www.tumblr.com/nsaghanon/708980373807349760

https://www.tumblr.com/happypuppypuppy/715347475335184384/zane-panell-left-vs-kyus-root-in-illinois

https://www.tumblr.com/hotstuffcum/707848678791069696

https://miilermiller.tumblr.com/post/733525963573444608

https://fratguys.tumblr.com/post/745707665360044032

https://www.tumblr.com/athletic-collection/710878427855601664

https://lovelyangryheart.tumblr.com/post/724818870324658176

https://lovelyangryheart.tumblr.com/post/735877990438797312

https://lovelyangryheart.tumblr.com/post/735714684444000256

https://www.tumblr.com/sportingwood1/752173560366333952/jock-worthy

https://www.tumblr.com/sportingwood1/752139527268794368/jock-worthy

https://www.tumblr.com/sportingwood1/754919750822510592/jock-worthy

https://www.tumblr.com/mauroilmix-blog/725267255877926912

https://www.tumblr.com/mauroilmix-blog/731106270468292608

https://www.tumblr.com/mauroilmix-blog/731106303039225856

https://www.tumblr.com/soilikeboys/748488583762116608

https://www.tumblr.com/mauroilmix-blog/731608154033487872

https://www.tumblr.com/mauroilmix-blog/731608184650956800

https://www.tumblr.com/mauroilmix-blog/731659924667613184

https://www.tumblr.com/mauroilmix-blog/731659977244164096

https://www.tumblr.com/guysbulge/728422901569798144

https://www.tumblr.com/guysbulge/748178565089067008

https://www.tumblr.com/guysbulge/753881964085460992

https://www.tumblr.com/mauroilmix-blog/735416026955661312

https://www.tumblr.com/forestsoldier/758343764639203328

https://www.tumblr.com/forestsoldier/758343782127288320

https://www.tumblr.com/forestsoldier/729730182501580800

https://www.tumblr.com/forestsoldier/731454205247832064

https://www.tumblr.com/forestsoldier/731454215266942976

https://www.tumblr.com/forestsoldier/733639445165768704

https://www.tumblr.com/forestsoldier/734722102466330624

https://www.tumblr.com/txgaycountry/711253751599644672

https://www.tumblr.com/bulgingandmore/700832510387585024

https://college-bros.tumblr.com/post/716359684115857408/hottest-sport-hockey-wrestling-lacrosse

https://college-bros.tumblr.com/post/716776524922126336

https://college-bros.tumblr.com/post/722751870738874368

https://college-bros.tumblr.com/post/734258752796196864

https://letsgosf.tumblr.com/post/721861954130591744

https://www.tumblr.com/txgaycountry/725184599866605568

https://www.tumblr.com/mauroilmix-blog/740890882995355648

https://www.tumblr.com/butchieboxing/751842876555771904/corn-star

https://www.tumblr.com/butchieboxing/754653203754303488/tight

https://www.tumblr.com/freegunhot-19/728533330461671424

https://www.tumblr.com/choppedduckwonderland/754218991349874688

https://www.tumblr.com/choppedduckwonderland/754490362779877376

https://www.tumblr.com/athletic-collection/706527341165314048

https://www.tumblr.com/athletic-collection/711538615634804736/cayden-henschel

https://www.tumblr.com/athletic-collection/712467395967696896/cayden-henschel

https://www.tumblr.com/athletic-collection/714773598984945664/jimmy-nugent

https://www.tumblr.com/athletic-collection/719119533738180608

https://www.tumblr.com/athletic-collection/728090174420123648/jimmy-nugent

https://www.tumblr.com/athletic-collection/728090136793972736/jack-severin

https://www.tumblr.com/athletic-collection/728089795575808001/jack-severin

https://www.tumblr.com/athletic-collection/733068425029615616/jacob-brya

https://www.tumblr.com/athletic-collection/733068662784786432/jacob-brya-left

https://www.tumblr.com/athletic-collection/735335318146908160

https://www.tumblr.com/spndxjck2/754282410174267392

https://www.tumblr.com/spndxjck2/757274737219141632

https://www.tumblr.com/athletic-collection/745850565358125056/jimmy-nugent

https://www.tumblr.com/justinhustlesblog/700143466244718592

https://www.tumblr.com/justinhustlesblog/700143488050888704

https://www.tumblr.com/justinhustlesblog/700143631944826880

https://www.tumblr.com/justinhustlesblog/700143669371633664

https://www.tumblr.com/justinhustlesblog/700143704842944513

https://www.tumblr.com/justinhustlesblog/700143787112120320

https://www.tumblr.com/justinhustlesblog/700143908125114368

https://www.tumblr.com/justinhustlesblog/700144802472329216

https://www.tumblr.com/justinhustlesblog/700178207992905728

https://www.tumblr.com/justinhustlesblog/700648750746664960

https://www.tumblr.com/justinhustlesblog/700648788497514496

https://www.tumblr.com/justinhustlesblog/700648832255574016

https://www.tumblr.com/justinhustlesblog/700648886637838336

https://www.tumblr.com/justinhustlesblog/700864723778961408

https://www.tumblr.com/justinhustlesblog/701372628271808512

https://www.tumblr.com/justinhustlesblog/701372669259612160

https://www.tumblr.com/justinhustlesblog/701372697216778240

https://www.tumblr.com/justinhustlesblog/701372773440815104

https://www.tumblr.com/justinhustlesblog/702004284559114240

https://www.tumblr.com/justinhustlesblog/711540930085371904

https://www.tumblr.com/justinhustlesblog/711540994225684481

https://www.tumblr.com/justinhustlesblog/711541085000859648

https://www.tumblr.com/justinhustlesblog/711783369504079873

https://www.tumblr.com/justinhustlesblog/711783467909890048

https://wrestling-zootopia.tumblr.com/post/758115494897287168

https://wrestlerboys.tumblr.com/post/712565925670453248

https://wrestlerboys.tumblr.com/post/745851437525975040

https://www.tumblr.com/bulgingandmore/688862371715956736

https://www.tumblr.com/bulgingandmore/705406349882867712

https://www.tumblr.com/bulgingandmore/711296541386817536

https://www.tumblr.com/bulgingandmore/715504822483369984

https://www.tumblr.com/bulgingandmore/717229121113030656

https://www.tumblr.com/bulgingandmore/737860097699643392

https://www.tumblr.com/bulgingandmore/740697069236436992

https://www.tumblr.com/bulgingandmore/740698852134354944

https://www.tumblr.com/bob398031/654848869931368448

https://www.tumblr.com/thines85/755749596365553664/olympic-wrestler-getting-ready

https://www.tumblr.com/athleticsupporter/706626227681869824/hold-the-position-for-a-brief-moment-mount-and-go

https://www.tumblr.com/thines85/756111918468595712/walking-in-white

https://www.tumblr.com/thines85/756202512554557441/holding-on

https://www.tumblr.com/thines85/756293252215439360

https://www.tumblr.com/thines85/756383792880549888/heavy

https://www.tumblr.com/thines85/756474284095963136/headrest

https://www.tumblr.com/thines85/756655504661544960/tugging-away

https://www.tumblr.com/jockstrapme2/757206167160291328/wrestling-riding-your-opponent

https://www.tumblr.com/thines85/756474284095963136/headrest

https://www.tumblr.com/thines85/756655504661544960/tugging-away

https://www.tumblr.com/jockstrapme2/757206167160291328/wrestling-riding-your-opponent

https://www.tumblr.com/jockstrapme2/745967114830135296/wrestling-riding-your-opponent

https://www.tumblr.com/jockstrapme2/756850178556887040/wrestling-going-for-the-pin

https://wrestling-zootopia.tumblr.com/post/755800968181022720

https://wrestling-zootopia.tumblr.com/post/755759884810731520

https://wrestling-zootopia.tumblr.com/post/755009689500172288

https://wrestling-zootopia.tumblr.com/post/755009583794290688

https://wrestling-zootopia.tumblr.com/post/754522282682155008

https://wrestling-zootopia.tumblr.com/post/754522152176435200

https://wrestling-zootopia.tumblr.com/post/754522104028921856

https://wrestling-zootopia.tumblr.com/post/754394757713870848

https://wrestling-zootopia.tumblr.com/post/754394746903019520

https://wrestling-zootopia.tumblr.com/post/754007566053441536

https://wrestling-zootopia.tumblr.com/post/746190594306654208

https://www.tumblr.com/thewrestlerstents/753918047014764544

https://www.tumblr.com/spndxjck2/752722156231770112

https://www.tumblr.com/spndxjck2/753195327024218112

https://www.tumblr.com/spndxjck2/753378969716408320

https://www.tumblr.com/skintightsf/705048141412630528

https://www.tumblr.com/thines85/756746084515217408/pulling-and-tugging

https://www.tumblr.com/thines85/756836731969519616/chin-rest

https://www.tumblr.com/thines85/756927275873763328

https://www.tumblr.com/thines85/757017933634568192/walking-in-white

https://www.tumblr.com/sport-bulge/688867990879485952

https://www.tumblr.com/jockstrapme2/741972465298882560/wrestling-going-to-the-mat

https://www.tumblr.com/jockstrapme2/743530726950092800/wrestling-take-down

https://www.tumblr.com/jockstrapme2/743690207315066880/wrestling-good-job-stud-you-made-coach-proud

https://www.tumblr.com/jockstrapme2/746684458707599360/wrestling-butt-seriously

https://www.tumblr.com/jockstrapme2/746686111956484096/wrestling-blues

https://www.tumblr.com/jockstrapme2/748493975884857344/wrestling-mount

https://www.tumblr.com/jockstrapme2/749072632591384576/wrestling-in-the-moment

https://www.tumblr.com/blueeaglepartyclod/743765781339308032/a-lot-to-be-proud-of

https://lovelyangryheart.tumblr.com/post/747844302921662465

I have a good faith belief that the material is not authorized by me, the copyright owner, its agent, and the law.

UNDER PENALTY OF PERJURY, I am the owner of the copyright and of an exclusive right under the copyright that has allegedly been infringed.

The information provided in this notice is accurate.

I acknowledge that a copy of this infringement notice and any correspondence related to it, including any contact information I provided (name and email address), will be forwarded to the user who uploaded the content at issue. I also acknowledge that a note may be placed on the site in question detailing the name of the copyright owner who submitted the takedown notice.

Nima Gharavi

President, Right Call Officials, Inc (D.B.A. Midwest Wrestle)

222 W Merchandise Mart Plaza #1305, Chicago, IL 60654

nima@midwestwrestle.com

This email is a service from tumblr. Delivered by **Zendesk**

# Exhibit 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

| | |
|---|---|
| Nima Gharavi and Right Call Officials, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Tumblr, Inc. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Tumblr, Inc. c/o C T Corporation System
             28 Liberty Street, New York, NY 10005

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: Right Call Officials, Inc. | Date and Time: |
|---|---|
| 657 W Melrose Street #3 | |
| Chicago, IL 60657 | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

                    *CLERK OF COURT*
                                                    OR

_____          _____
    *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nima Gharavi and Right Call Officials, Inc. _____ , who issues or requests this subpoena, are:

Pro Se, 657 W Melrose Street #3, Chicago, IL 60657, (773 899-4688), nima@midwestwrestle.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              *Server's signature*

                                      _____
                                              *Printed name and title*

                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT A
## SCHEDULE OF DOCUMENTS TO BE PRODUCED
### DEFINITIONS

1.      The uniform definitions, instructions, and rules of construction set forth in the Federal Rules of Civil Procedure are incorporated by reference as if fully set forth herein.

2.      "And" and "or" are to be read interchangeably so as to give the broadest possible meaning to a particular request in which either or both is used.

3.      The following definitions shall apply to the individual requests as well as the Definitions and Instructions herein.

4.      "Communication" or "Communications" are used in the broadest possible sense and mean verbal, written, or electronic exchanges between two or more persons.

5.      "Document" or "Documents" are used in the broadest possible sense to mean or refer to anything which may be within the meaning of Federal Rule of Civil Procedure 34.

6.      "Tumblr" "You" and "Your" means Tumblr, Inc., including any of its current or former predecessors, successors, assigns, parents, subsidiaries, managers, partners, directors, shareholders, employees, employers, officers, agents, principals, officials, representatives, associates, consultants, attorneys, advisors, accountants, and all persons and entities acting or purporting to act on its behalf.

7.      All other terms shall be defined by the common or dictionary meaning that would lead to the broadest and most comprehensive response, unless otherwise stated.

## INSTRUCTIONS

1.      Unless agreed to otherwise by the parties, electronically stored information is to be produced in single-page TIFF (Tagged Image File Format) format with available searchable text and reasonably accessible metadata. Spreadsheets, presentations, video/audio files, and any other file type that is not easily converted to an image, shall be provided in native format. Native file names should match the Bates entry for that specific record. Documents shall be produced with logical document breaks, as searchable, and with load field enabling review in common litigation databases such as Concordance and/or Relativity.

2.      Whenever necessary to bring within the scope of a request a response that might otherwise be construed to be outside its scope, the following constructions should be applied:

      a.      Construing the terms "and" and "or" in the disjunctive or conjunctive, as necessary, to make the request more inclusive;

      b.      Construing the singular form of any word to include the plural and the plural form to include the singular;

      c.      Construing the past tense of the verb to include the present tense and the present tense to include the past tense; and

      d.      Construing "include" to mean include or including "without limitation."

3.      These requests are continuing in character so as to require You to produce additional documents if You obtain further or different information at any time before trial.

4.      If you contend that you are entitled to withhold from production any documents requested herein on the basis of attorney/ client privilege, work-product protection, or other legally recognized grounds, identify the nature of the document(s), the date for same, the author, and the person to whom the document was addressed; identify each individual who has seen the document, each individual who has received a copy of the document and from whom the document was

received; and state the basis upon which you contend you are entitled to withhold the document from production. Accordingly, please provide a formal written privilege log of all claimed privileged documents and information.

## DOCUMENT REQUESTS

1.      All information regarding the identity of, including but not limited to the individual name, organization name, associated email address, associated phone number, associated mailing address, date of birth, account creation date, account registration IP address, trailing twelve-month IP address history, and any other user data for the Tumblr user with the Uniform Resource Indicator (URI) wrestlerx.tumblr.com.

# Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TUMBLR, INC. | Case No. _____ |

## DECLARATION IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. 512(h)

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. **Purpose:** I am the sole copyright holder of the work titled "138 – Tyler Nelson {G} of Morris Fitness GA vs. Keegan Roberson {R} of Illinois CornStars" ("the Work"), which is protected under U.S. copyright law. I have reason to believe that an individual has infringed upon my copyright in the Work by publishing an unauthorized reproduction copied from my original video to which I retain exclusive worldwide copyright.

2. **DMCA Notice:** On August 11, 2024, I sent a DMCA takedown notice ("Exhibit 1") to Tumblr, Inc. pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

3. **Request for Subpoena:** I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer. The information sought through this subpoena will be used solely for the purpose of protecting my rights under copyright law.

4. **Good Faith Belief:** I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2024 at Chicago, Illinois.

By: _____

Nima Gharavi
President, Right Call Officials, Inc.
657 W Melrose Street
Chicago, IL 60657
nima@midwestwrestle.com
(773) 899-4688

Pro Se